UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

*[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00172 |
| | ) | Judge Trauger |
| TAVARES RAPHEL TROTTER | ) | |

### DEFENDANT TROTTER'S MOTION TO JOIN
### MOTION TO CONTINUE FILED BY DEFENDANT LUKE

Comes now Defendant Tavares Trotter and hereby joins in the motion to continue filed by Defendant Luke in this case. A waiver of speedy trial signed by Mr. Trotter will be filed as soon as it is received by counsel.

Respectfully submitted,

*/s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2015, I electronically filed the foregoing Defendant Trotter's Motion to Join Motion to Continue filed by Defendant Luke with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Louis A. Crisostomo, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203; Michael E. Terry and Stephanie H. Gore, Counsel for James Anderson Luke, 1200 Sixteenth Avenue, South, Nashville, TN, 37212; and Jennifer L. Thompson, Counsel for Hollis Clifton Owens, 810 Broadway, Suite 305, Nashville, TN 37203.

*/s/ Sumter L. Camp*
SUMTER L. CAMP